# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

JUAN CALDERON, #38672-060                                                                    PETITIONER

VERSUS                                        CIVIL ACTION NO. 5:10-cv-68-DCB-MTP

STATE OF FLORIDA, BILL MCCOLLUM
AND DAVID J. TUMS                                                      RESPONDENTS

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this habeas petition filed pursuant to 28 U.S.C. § 2241 construed as a petition for writ of mandamus is denied and this case is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the   29th   day of April, 2010.

                                                                 s/ David Bramlette
                                                              UNITED STATES DISTRICT JUDGE